COURT OF CRIMINAL APPEALS · OF TEXAS · STATE

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

78711 20308

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0006557458
MAILED FROM ZIP CODE 78701

$ 00.40⁶
MAR 25 2015

RE: WR-82,962-01

MARCUS TATE JR
1111 LOVETT
HOUSTON, TX 77006

RETURN TO SENDER
RETURN TO SENDER
RETURN TO SENDER
RETURN TO SENDER
RETURN TO SENDER

49 BGT—S3B 77006